## The State v. The Louisiana State Bank.

Appeal from the District Court of the First District, *Buchanan*, J.

Simon, J.   This case presents exactly the same question as the one just now pronounced upon, and decided, in the case of *The State* v. *The Union Bank*.   It must have the same result.

It is therefore ordered, that the judgment of the District Court be annulled, and reversed; and that the rule obtained below be discharged, with costs.

*Preston*, Atorney General, for the State.

*Grima*, for the appellants.